JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUADALUPE HERNANDEZ RAMIREZ,<br>Petitioner,<br>v.<br>JAMES JANECKA, *et al.*,<br>Respondents. | Case No. 5:26-cv-04198-ACCV<br><br>**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's August 12, 2026 Order Granting Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: August 17, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge